820

No. 88–2036.  CITY OF EVERETT, MASSACHUSETTS, ET AL. *v.*
BORDANARO ET AL.  C. A. 1st Cir.  Certiorari denied.  ▇

No. 88–2037.  SEWELL *v.* JEFFERSON COUNTY FISCAL COURT
ET AL.  C. A. 6th Cir.  Certiorari denied.  ▇

No. 88–2038.  LIVERMAN *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 88–2039.  MORRIS *v.* FIRST NATIONAL BANK OF MORGAN-
TOWN ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 88–2040.  NELSON *v.* JEFFERSON COUNTY, KENTUCKY,
ET AL.  C. A. 6th Cir.  Certiorari denied.  ▇

No. 88–2042.  NORTON ET AL. *v.* BRIDGES, DECEASED, ET AL.
Ct. App. Wis.  Certiorari denied.  ▇

No. 88–2044.  MISSOURI COALITION FOR THE ENVIRONMENT
ET AL. *v.* CORPS OF ENGINEERS OF THE UNITED STATES ARMY
ET AL.  C. A. 8th Cir.  Certiorari denied.  ▇

No. 88–2045.  GRIDER *v.* TEXAS OIL & GAS CORP. ET AL.
C. A. 10th Cir.  Certiorari denied.  ▇

No. 88–2046.  KESSEL FOOD MARKETS, INC. *v.* NATIONAL
LABOR RELATIONS BOARD ET AL.  C. A. 6th Cir.  Certiorari de-
nied.  ▇

No. 88–2047.  AXELSON, INC. *v.* CAMERON IRON WORKS, INC.
C. A. Fed. Cir.  Certiorari denied.  ▇

No. 88–2048.  FARNSWORTH ET AL. *v.* CITY OF KANSAS CITY,
MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.  ▇